UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CORNELIUS BRAYBOY, #77190-004                                    PETITIONER

V.                                          CIVIL ACTION NO. 3:20-CV-626-DPJ-FKB

WALTER VEREEN                                                    RESPONDENT

ORDER

On March 13, 2023, United States Magistrate Judge F. Keith Ball entered a Report and

Recommendation [16] recommending this 28 U.S.C. § 2241 habeas petition be dismissed as

moot because Petitioner Cornelius Brayboy was released from custody on January 30, 2023.

Brayboy did not file an objection to the R&R, and the time to do so has now passed.  Finding no

clear error in Judge Ball's R&R, the Court adopts it as its opinion.  *See* Fed. R. Civ. P. 72(b)

advisory committee's note ("When no timely objection is filed, the court need only satisfy itself

that there is no clear error on the face of the record in order to accept the

recommendation.").  This case is dismissed as moot.  A separate final judgment will be entered

in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 29th day of March, 2023.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE